ADOLF PRINCE, Respondent, *v.* LEO SCHLESINGER, as Receiver of the FEDERAL BANK OF NEW YORK, Appellant.

*Prince* v. *Schlesinger*, 116 App. Div. 500, affirmed.
(Argued December 6, 1907; decided December 20, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 28, 1906, reversing a judgment in favor of defendant entered upon the report of a referee in an action to recover rent alleged to be due.

*George W. Glaze* for appellant.

*Emanuel J. Myers* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.